B-2050
(12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | N |
| | : | |
| Thomas M. Jevcak, | : | Case No. 17-20384-CMB |
| *Debtor(s)\** | : | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is given that the general proof of claim deadline was erroneously omitted from the Notice of Chapter 13 Bankruptcy Case sent on March 2nd, 2017. The deadline for all creditors to file a proof of claim is August 29, 2017. A proof of claim form (B410) may be obtained at the Clerk's Office website at www.pawb.uscourts.gov.

Michael R. Rhodes, Clerk
U.S. Bankruptcy Court

May 31, 2017                By: _____Connie Ulysse_____
                                          Deputy Clerk

17-2
_____

*Set forth all names, including trade names, used by the debtor within the last 8 years (Bankruptcy Rule 1005). For joint debtors, set forth both Social Security Numbers.

#47d-D

Case 17-20384-CMB    Doc 24    Filed 06/02/17    Entered 06/03/17 01:00:58    Desc Imaged
Certificate of Notice    Page 2 of 2

```
                      United States Bankruptcy Court
                      Western District of Pennsylvania
```

In re:                                                        Case No. 17-20384-CMB
Thomas M. Jevcak                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy              Page 1 of 1          Date Rcvd: May 31, 2017
                            Form ID: pdf900         Total Noticed: 6

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
db             +Thomas M. Jevcak,    220 Moorehead Avenue,    New Castle, PA 16102-1666
14358460       +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
14358461       +New Castle Bellco Federal Credit Union,    1011 Wilmington Avenue,    New Castle, PA 16101-2150
14358463       +Target,    Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14401961        E-mail/Text: bk.notifications@jpmchase.com Jun 01 2017 01:17:34      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14358462       +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2017 01:14:15      Synchrony Bank / Walmart,
                 Attn: Bankruptcy,    Po Box 956060,   Orlando, FL 32896-0001
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                              Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Thomas M. Jevcak dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```