UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas M. Jevcak<br>Debtor(s) | |
| JPMorgan Chase Bank, N.A.<br>Movant<br>v.<br>Thomas M. Jevcak<br>Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>Additional Respondent | BK. NO. 17-20384 CMB<br>CHAPTER 13<br>Related to Docket # 29<br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 6th day of July, 2017, at Pittsburgh, upon Motion of JPMorgan Chase Bank, N.A., it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 Subaru Impreza Wa, VIN JF1GPAC65F8304800, in a commercially reasonable manner.

_____
United States Bankruptcy Judge    dmr

cc: See attached service list:

FILED
7/6/17 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Thomas M. Jevcak
220 Moorehead Avenue
New Castle, PA 16102

Daniel P. Foster, Esquire
Foster Law Offices
P.O. Box 966
Meadville, PA 16335
dan@mrdebtbuster.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 17-20384-CMB
Thomas M. Jevcak                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric              Page 1 of 1            Date Rcvd: Jul 06, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db              +Thomas M. Jevcak,    220 Moorehead Avenue,    New Castle, PA 16102-1666

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Thomas M. Jevcak dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4