**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Thomas M. Jevcak

                    Debtor(s)

JPMORGAN CHASE BANK, N.A.

                    Movant

          v.

Thomas M. Jevcak

                    Respondent

         and

Ronda J. Winnecour, Trustee

                    Additional Respondent

BK. NO. 17-20384 CMB

CHAPTER 13

Related to Docket #_____26_____

**ENTERED BY DEFAULT**

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

       AND NOW, this 6th day of _____July_____, 2017, at Pittsburgh, upon Motion of JPMORGAN CHASE BANK, N.A., it is

       **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Subaru Outback 2, VIN 4S4BSBCC3G3255623, in a commercially reasonable manner.

_Carlota M. Böhm_
United States Bankruptcy Judge    **dmr**

cc: See attached service list:

FILED
7/6/17 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Thomas M. Jevcak
220 Moorehead Avenue
New Castle, PA 16102

Daniel P. Foster, Esquire
Foster Law Offices
P.O. Box 966
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20384-CMB
Thomas M. Jevcak                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric            Page 1 of 1            Date Rcvd: Jul 06, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db             +Thomas M. Jevcak,    220 Moorehead Avenue,    New Castle, PA 16102-1666

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Thomas M. Jevcak dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 4