**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Thomas M Jevcak, | : | Bankruptcy No: 17-20384-CMB |
| Debtor/Movant, | : | Chapter 13 |
| | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Clients Name:**     **Thomas M Jevcak**
**Incorrect Address:**     **220 Moorehead Avenue New Castle, PA 16102**

**Correct Address:**     **89 Shrewsbury Drive Martinsburg, WV 25405**

Respectfully Submitted,

Date: <u>April 21, 2020</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors