Certificate Number: 02998-PAW-DE-034623746

Bankruptcy Case Number: 17-20384



02998-PAW-DE-034623746

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2020, at 9:03 o'clock AM EDT, Thomas Jevcak completed a course on personal financial management given by telephone by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    July 2, 2020

By:    /s/Andres Boseman

Name:    Andres Boseman

Title:    Counselor